```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16100
   CATHERINE WARE
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7215


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 09/04/2007 and was not confirmed.

    The case was dismissed without confirmation 01/09/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------
CITY OF CHICAGO WATER DE   SECURED             800.00          .00         60.00
WELLS FARGO BANK           CURRENT MORTG          .00          .00           .00
WELLS FARGO BANK           MORTGAGE ARRE    33868.60           .00           .00
WELLS FARGO BANK           NOTICE ONLY     NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED           .00           .00
CAPITAL ONE                UNSECURED          469.00           .00           .00
JACKSON STATE UNIVERSITY   UNSECURED       NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED        10565.77           .00           .00
TCF NATIONAL BANK          UNSECURED       NOT FILED           .00           .00
THE DIAMOND CENTER         UNSECURED       NOT FILED           .00           .00
FRAKO WARE                 NOTICE ONLY     NOT FILED           .00           .00
KANDI WARE                 NOTICE ONLY     NOT FILED           .00           .00
ILLINOIS DEPT OF REV       PRIORITY            86.32           .00           .00
ILLINOIS DEPT OF REV       UNSECURED            30.00          .00           .00
ECAST SETTLEMENT CORP      UNSECURED           442.56          .00           .00
MELVIN J KAPLAN            DEBTOR ATTY      3,300.00                    1,774.55
TOM VAUGHN                 TRUSTEE                                        125.45
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    1,960.00

PRIORITY                                            .00
SECURED                                           60.00
UNSECURED                                           .00
ADMINISTRATIVE                                 1,774.55
TRUSTEE COMPENSATION                             125.45
DEBTOR REFUND                                       .00
                        ---------------    ---------------
TOTALS                     1,960.00            1,960.00


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 16100  CATHERINE WARE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 16100 CATHERINE WARE